```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  FRANCINE ZEPEDA, Bar #91175
    JEREMY S. KROGER, Bar #258956
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  2300 Tulare Street, Suite 330
    Fresno, California 93721-2226
 5  Telephone: (559) 487-5561

 6  Attorney for Defendant
    RUDOLPH BUENDIA, III
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:10-cr-00285 LJO |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE MOTION |
| | ) HEARING AND ORDER |
| FIRM BUILD, INC., et al, | ) |
| | ) Date: November 14, 2011 |
| Defendants. | ) Time: 1:00 p.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |
| | ) |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing currently set for October 21, 2011, **may be continued to November 14, 2011, at 1:00 p.m.**

The request is made by Counsel for the defendants. There is a Motion for Discovery pending. This motion was continued to allow the parties to complete the review of discovery. Counsel for Mr. Buendia and the other defendants are still completing their review of the discovery. Counsel is compiling a list of documents which they will request from the government. Counsel intends to meet and confer during this time period in order to be prepared on November 14, 2011, to advise the Court of the status of the discovery process. The requested continuance will conserve time and resources for all parties and the Court.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for good cause pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) for effective defense preparation.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 19, 2011      By      /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 19, 2011      By      /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
RUDOLPH BUENDIA, III

DATED:  October 19, 2011      By      /s/ Douglas C. Foster
DOUGLAS C. FOSTER
Ciummo and Associates
Attorney for Defendant
Joseph Cuellar

DATED:  October 19, 2011      By      /s/ Cadee Peters
CADEE PETERS
Cadee Peters Attorney at Law
Attorney for Defendant
Patrick Bowman

///
///
///
///
///
///
///

Buendia - Stipulation to Continue
Motion Hearing and Proposed Order

2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having reviewed the above request to continue the Motion hearing now set for October |
| 3 | 21, 2011, and good cause appearing, HEREBY ORDERS AS FOLLOWS:  The Motion hearing currently |
| 4 | scheduled for October 21, 2011, is continued to November 14, 2011.  The intervening period of delay is |
| 5 | excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). |
| 9 | IT IS SO ORDERED. |
| 10 | **Dated:  October 19, 2011**                    /s/ Lawrence J. O'Neill  <br>                                                              UNITED STATES DISTRICT JUDGE |