1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #91175
   JEREMY S. KROGER, Bar #258956
3  Assistant Federal Defender
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6  Attorney for Defendant
   RUDOLPH BUENDIA, III

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       )   No. 1:10-cr-00285 LJO
                                   )
12            *Plaintiff,*         )
       v.                          )   STIPULATION TO CONTINUE MOTION
13                                 )   HEARING AND ORDER
   FIRM BUILD, INC., et al,        )
14                                 )   Date:  December 5, 2011
              *Defendant.*         )   Time:  1:00 p.m.
15                                 )   Judge: Hon. Lawrence J. O'Neill
   _____)

18     **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the motions hearing currently set for November 14, 2011, **may

20 be continued to December 5, 2011, at 1:00 p.m.**

21     This continuance is requested as counsel for Defendant Buendia has a family emergency and will

22 be out of state on the next hearing date. As she will not be available for at least a two-week period,

23 counsel would ask for a court date in three weeks. The requested continuance will conserve time and

24 resources for all parties and the court.

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for good cause pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) for effective defense preparation.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 8, 2011    By    /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: November 8, 2011    By    /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
RUDOLPH BUENDIA, III

DATED: November 8, 2011    By    /s/ Douglas C. Foster
DOUGLAS C. FOSTER
Ciummo and Associates
Attorney for Defendant
Joseph Cuellar

DATED: November 8, 2011    By    /s/ Cadee Peters
CADEE PETERS
Cadee Peters Attorney at Law
Attorney for Defendant
Patrick Bowman

///
///
///
///
///
///
///

**ORDER**

The Court, having reviewed the above request to continue the Motion hearing now set for November 14, 2011, and good cause appearing, HEREBY ORDERS AS FOLLOWS: The Motion hearing currently scheduled for November 14, 2011, is continued to December 5, 2011. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:  November 8, 2011**         /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE