| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692 |
| | Acting Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #91175 |
| | JEREMY KROGER, Bar # 258956 |
| 3 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | Attorneys for Defendant |
| | RUDOLPH BUENDIA, III |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-CR-00285 LJO-4 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE DATE FOR |
| | ) | FILING MOTIONS IN LIMINE; ORDER |
| v. | ) | |
| | ) | Motion Hearing: February 25, 2013 |
| JOSEPH CUELLAR, et al, | ) | Trial Date: March 19, 2013 |
| | ) | Time: 11:00 a.m. and 8:30 a.m., respectively |
| Defendants. | ) | Dept: 4 |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that motions in limine in the above-captioned matter now due on January 25, 2013, may be filed on or before **February 1, 2013,** with all other dates and deadlines to remain the same.

The government has recently extended plea offers to all defendants in this case. In order to permit defendants to fully discuss those offers with their respective attorneys prior to the filing of motions in limine, the parties request this one-week additional extension to the motion in limine deadline. This request will not affect any other deadlines in this case.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Respectfully submitted,

|   |   |   |
|---|---|---|
|   |   | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| DATED: January 22, 2013 | | /s/ *Jeremy Kroger*<br>JEREMY S. KROGER<br>FRANCINE ZEPEDA<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>Rudolph Buendia, III |
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 22, 2013 | | /s/ *Samuel Wong*<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorneys for Plaintiff |
| DATED: January 22, 2013 | | /s/ *Douglas C. Foster*<br>DOUGLAS C. FOSTER<br>Ciummo and Associates<br>Attorney for Defendant<br>Joseph Cuellar |
| DATED: January 22, 2013 | | /s/ *Cadee Peters*<br>CADEE PETERS<br>Cadee Peters Law Offices<br>Attorney for Defendant<br>Patrick Bowman |

# O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:  January 23, 2013**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE