```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10                                  )  No. 1:10-CR-285 LJO
11  UNITED STATES OF AMERICA,       )
                                    )  **STIPULATION AND ORDER EXTENDING**
12          Plaintiff,              )  **DEADLINE FOR FILING MOTIONS IN**
                                    )  **LIMINE**
13      v.                          )
                                    )
14  JOSEPH M. CUELLAR, et al.,      )
                                    )  Court:  Hon. Lawrence J. O'Neill
15          Defendants.             )
                                    )
16  _____  )
17
18
19      It is hereby stipulated and agreed by and between plaintiff
20  United States of America, on the one hand, and all remaining
21  defendants, on the other hand, that the presently set February 1,
22  2013, deadline for the filing of motions in limine shall, with
23  the  approval of the Court, be continued to February 6, 2013, to
24  allow the parties additional time to explore settlement
25  ///
26  ///
27  ///
28
                                    1
```

discussions before beginning trial preparation.  The parties further stipulate that all other previously set dates related to the motions in limine shall remain the same.

Dated:  February 1, 2013        Respectfully submitted,


/s/ Douglas Foster

_____
DOUGLAS FOSTER
Attorney for defendant
Joseph Cuellar
(by email authorization)


/s/ Jeremy Kroger

_____
JEREMY S. KROGER
Assistant Federal Defender
Attorney for defendant
Rudolph Buendia
(by email authorization)


/s/  Cadee Peters

_____
CADEE PETERS
Attorney for defendant
Patrick Bowman
(by email authorization)


BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Samuel Wong

By: _____
SAMUEL WONG
Assistant United States Attorney
Attorney for Plaintiff
United States of America

**ORDER**

The Court, having received, read, and considered the stipulation of the parties to extend the deadline for the filing of motions in limine to February 6, 2013, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

**Dated:   February 5, 2013**          /s/  Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE