BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
MELANIE L. ALSWORTH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-285 LJO |
| Plaintiff, | **STIPULATION AND ORDER SETTING EVIDENTIARY HEARING RELATED TO PLAINTIFF'S RESTITUTION CLAIMS AGAINST DEFENDANTS** |
| v. | |
| JOSEPH M. CUELLAR, et al., | Court: Hon. Lawrence J. O'Neill |
| Defendants. | |

Whereas, the first mutually convenient date and time available to the Court and the parties to conduct the evidentiary hearing related to plaintiff United States of America's restitution claims against defendants for future medical monitoring and medical treatment costs for the victims of defendants' crimes is Friday, December 20, 2013, at 10:00 a.m.,

It is hereby stipulated and agreed by the parties, through their respective undersigned counsel, that:

1. The evidentiary hearing for such hearing shall, with the approval of the Court, take place at such date and time; and

2. The United States may, at its option, present the testimony of its expert, Dr. Arthur Frank, via video-conference.

1

Dated: September 12, 2013   BENJAMIN B. WAGNER
United States Attorney

/s/ Samuel Wong
/s/ Melanie Alsworth

By:
SAMUEL WONG
MELANIE ALSWORTH
Assistant U.S. Attorneys


/s/ Douglas Foster


DOUGLAS FOSTER
Attorney for defendant
Joseph Cuellar
(per email authorization)


/s/ Jeremy Kroger

JEREMY KROGER
Assistant Federal Defender
Attorney for defendant
Rudolph Buendia
(per email authorization)


/s/ Cadee Peters

CADEE PETERS
Attorney for defendant
Patrick Bowman
(per email authorization)

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is ordered that: (1) the evidentiary hearing related to the United States' restitution claims against defendants for future medical monitoring and medical treatment costs for the victims of defendants' crimes shall be held on Friday, December 20, 2013, at 10:00 a.m.; and (2) the United States may, at its option, present the testimony of its expert, Dr. Arthur Frank, via video-conference.

IT IS SO ORDERED.

Dated: **September 16, 2013**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE